32 So.2d 173

**Joe ARCHIBALD v. STATE.**

6 Div. 396.

Court of Appeals of Alabama.
April 29, 1947.

A. A. Carmichael, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Appeal dismissed.

33 So.2d 274

**T. A. ASHWORTH v. E. K. COTNEY.**

7 Div. 928.

Court of Appeals of Alabama.
Oct. 28, 1947.

BRICKEN, Presiding Judge.
Appeal dismissed, motion of appellant.

32 So.2d 173

**Wade BAGLEY v. STATE.**

7 Div. 907.

Court of Appeals of Alabama.
June 10, 1947.

A. A. Carmichael, Atty. Gen., for the State.

CARR, Judge.
Appeal dismissed, motion of appellant.

29 So.2d 892

**E. W. BAILEY v. STATE.**

6 Div. 283.

Court of Appeals of Alabama.
Jan. 7, 1947.

Wm. N. McQueen, Atty. Gen., for the State.

HARWOOD, Judge.
Affirmed.

29 So.2d 892

**James William BAILEY v. STATE.**

6 Div. 330.

Court of Appeals of Alabama.
Jan. 14, 1947.

Wm. Conway, of Birmingham, for appellant.
Wm. N. McQueen, Atty. Gen., for the State.

CARR, Judge.
Affirmed.

29 So.2d 891

**Stephen BAILEY v. STATE.**

7 Div. 882.

Court of Appeals of Alabama.
Oct. 8, 1946.

Earle Montgomery, of Talladega, for appellant.
Wm. N. McQueen, Atty. Gen., for the State.

PER CURIAM.
Appeal dismissed, motion of Appellant.